**UNITED STATES of America, Plaintiff–Appellee**

v.

**Obundio MORENO–GOMEZ, also known as Abulio Moreno–Gomez, Defendant–Appellant.**

**No. 06–41538 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Obundio Moreno–Gomez (Moreno) appeals his guilty plea conviction and 41–month sentence for illegally reentering the United States following deportation. In light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Moreno challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This court has held that this issue is "fully foreclosed from further debate." *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202).

Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.